**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| AUTO AND MARINE TECHNOLOGY ACQUISITION LLC,<br><br>      Plaintiff,<br>v.<br><br>MARINE ACQUISITION CORP.,<br>doing business as SeaStar Solutions,<br>formerly known as Teleflex Marine,<br><br>      Defendant. | Case No. 2:14-cv-2366 |

## COMPLAINT

Plaintiff, Auto and Marine Technology Acquisition LLC, for its complaint against Defendant, Marine Acquisition Corp., doing business as SeaStar Solutions, formerly known as Teleflex Marine, states and alleges as follows:

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.

2. This Court has federal-question jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. On information and belief, Defendant, Marine Acquisition Corp., doing business as SeaStar Solutions, formerly known as Teleflex Marine, is a Delaware corporation that has a principal place of business at 1 Sierra Place, Litchfield, Illinois 62056-3029.

4. This Court has personal jurisdiction over Defendant because, on information and belief, Defendant has committed, and continues to commit, acts of infringement in the state of Kansas, has conducted business in the state of Kansas, has entered into one or more contracts in

the state of Kansas, and/or has engaged in continuous and systematic activities in the state of Kansas.

5.  Venue properly lies in the District of Kansas pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

### COUNT I – INFRINGEMENT OF UNITED STATES PATENT NO. 5,228,405

6.  Plaintiff incorporates by reference and re-alleges the allegations in paragraphs 1 through 5 above as if fully set forth herein.

7.  On July 20, 1993, United States Patent No. 5,228,405 (the " '405 Patent"), entitled "Power Steering System," was duly and legally issued by the United States Patent and Trademark Office. A true and accurate copy of the '405 Patent is attached hereto as Exhibit A.

8.  Plaintiff owns by assignment all right, title, and interest in and to the '405 Patent, including the sole right to sue and recover past and future damages thereunder.

9.  On or about April 3, 2014, the prior owner of the '405 Patent, Marine Power Steering LLC, sent a letter to Defendant notifying it of the opportunity to discuss obtaining a license under the '405 Patent, but Defendant has subsequently refused to seek a license under the '405 Patent.

10. Defendant has directly infringed one or more claims of the '405 Patent by making, using, selling, offering for sale and/or importing products covered by the '405 Patent, including without limitation the SeaStar Optimus electronic power-steering system.

11. Defendant's infringement caused damage in an amount to be determined at trial.

### RELIEF REQUESTED

Based on the foregoing, Plaintiff requests that this Court enter a judgment:

  (a) Granting to Plaintiff an award of damages, together with prejudgment interest, for the damages suffered by Plaintiff as a result of the infringement by Defendant;

  (b) Awarding Plaintiff its costs and attorneys' fees pursuant to 35 U.S.C. § 285; and

  (c) Granting Plaintiff such other and further relief and remedy as justice may require.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all the issues so triable in this matter.

Dated: July 22, 2014

Respectfully Submitted,
/s/ **Scott R. Brown**
Scott R. Brown, Kansas Bar No. 23395
Todd A. Gangel, Kansas Bar No. 21315
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
(913) 647-9050   Fax: (913) 647-9057
sbrown@hoveywilliams.com
tgangel@hoveywilliams.com

ATTORNEYS FOR PLAINTIFF